UNITED STATES of America,
Plaintiff–Appellee,

v.

Andrew RAMSEY, Defendant–Appellant.

No. 03–10230.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Leonard A Senerote, Susan B Cowger, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Andrew Ramsey, pro se, Forrest City, AR, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Appointed counsel for Andrew Ramsey has moved for leave to withdraw in this criminal appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramsey has filed a response. Our independent review of counsel's brief, Ramsey's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

